IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:00CR253 |
| | ) | |
| v. | ) | |
| | ) | |
| DAVID ZEHRINGER, | ) | **JUDGMENT** |
| | ) | |
| Defendant. | ) | |

    IT IS ORDERED that judgment is entered for the United States of America and against David Zehringer providing that he shall take nothing and his motion under 28 U.S.C. § 2255 is denied and dismissed with prejudice.

    September 4, 2008.    BY THE COURT:

                                          *s/Richard G. Kopf*
                                          United States District Judge